1 | JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov
*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A 2013 DODGE VAN BEARING VEHICLE IDENTIFICATION NUMBER 2C4RDGCG4DR687881 AND NEVADA LICENSE PLATE NUMBER COUPON1. | Case No. 2:19-mj-00688-NJK<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:24-cr-00207-GMN-MDC.

DATED: January 14, 2025.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A 2013 DODGE VAN BEARING VEHICLE IDENTIFICATION NUMBER 2C4RDGCG4DR687881 AND NEVADA LICENSE PLATE NUMBER COUPON1. | Case No. 2:19-mj-00688-NJK<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** January 17, 2025

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1